```
 1  Cary S. Kletter
    Kletter Law Firm
 2  22 Battery Street, Suite 202
    San Francisco, CA 94111
 3  415.434.3400
 4
    Attorney for Plaintiff
 5
 6  Charles L. Thompson
    Ogletree Deakins Nash Smoak & Stewart
 7  One Market Plaza, Suite 1300
    San Francisco, CA 94105
 8  415.442.4810
 9
    Attorney for Defendants
10
```

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOAD ALOWDI, <br><br> Plaintiff, <br><br> v. <br><br> ABLE BUILDING SERVICES dba ABM; MANILO GARCIA; ROBERT ESQUADA; and DOES 1 through 20, inclusive, <br><br> Defendants. | Case No. 09-CV-1258 <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING SECOND AMENDED COMPLAINT** |

WHEREAS Plaintiff FOAD ALOWDI ("Plaintiff") prepared and filed a Second Amended Complaint; and

WHEREAS Defendants ABLE BUILDING SERVICES, MANILO GARCIA and ROBERT ESQUADA ("Defendants") agree that the Second Amended Complaint may be deemed the operative pleading and have no objection to the filing thereof; and

WHEREAS Plaintiff and Defendants agree that the [PROPOSED] Order attached hereto is acceptable and have no objection thereto;

NOW THEREFORE it is So Agreed.

Dated: ~~April~~ __, 2009  
May 12

Kletter Law Firm

By: *Cary S. Kletter*  
Cary S. Kletter  
Attorney for Plaintiff,  
FOAD ALOWDI

Dated: ~~April~~ __, 2009  
may 8

Ogletree Deakins Nash Smoak & Stewart

By: *Charles L. Thompson*  
Charles L. Thompson  
Attorney for Defendant,  
ABLE BUILDING SERVICES

| | |
|---|---|
| 1 | Cary S. Kletter |
| | Kletter Law Firm |
| 2 | 22 Battery Street, Suite 202 |
| 3 | San Francisco, CA 94111 |
| | 415.434.3400 |
| 4 | |
| 5 | Attorney for Plaintiff |
| 6 | Charles Thompson |
| | Ogletree Deakins Nash Smoak & Stewart |
| 7 | One Market Plaza, Suite 1300 |
| | San Francisco, CA 94105 |
| 8 | 415.442.4810 |
| 9 | |
| | Attorney for Defendants |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| FOAD ALOWDI, | Case No. 09-CV-1258 |
|---|---|
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER REGARDING SECOND AMENDED COMPLAINT |
| ABLE BUILDING SERVICES dba ABM; MANILO GARCIA; ROBERT ESQUADA; and DOES 1 through 20, inclusive, | |
| Defendants. | |

WHEREAS Plaintiff FOAD ALOWDI ("Plaintiff") prepared and filed a Second Amended Complaint; and

WHEREAS Defendants ABLE BUILDING SERVICES, MANILO GARCIA and ROBERT ESQUADA ("Defendants") agreed that the Second Amended Complaint may be deemed the operative pleading and have no objection to the filing thereof; and

NOW THEREFORE it is Ordered that:

The Second Amended Complaint filed by Plaintiff on April 16, 2009 is the operative pleading for all purposes in this matter.

SO ORDERED.

Dated: May 13, 2009

IT IS SO ORDERED
Judge William Alsup

Hon. WILLIAM H. ALSUP
Judge of the United States District Court for the Northern District of California