IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FOAD ALOWDI,

    Plaintiff,

  v.

ABLE BUILDING SERVICES d/b/a
ABM, MANILO GARCIA, and
ROBERT ESQUADA,

    Defendants.
                                 /

No. C 09-01258 WHA

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT**

    Based on the non-opposition of the opposing party, plaintiff's motion to amend his complaint is **GRANTED.** Plaintiff must file his amended complaint **WITHIN THREE DAYS**, and defendants have twenty days within which to respond. Plaintiff's request to amend the case management order will be considered at the hearing for plaintiff's motion to compel.

    **IT IS SO ORDERED.**

Dated: March 11, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE