IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FOAD ALOWDI,

    Plaintiff,

v.

ABLE BUILDING SERVICES dba ABM,
MANILO GARCIA, ROBERT ESQUADA,
and DOES 1 through 20, inclusive,

    Defendants.

No. C 09-01258 WHA

**ORDER DENYING PLAINTIFF'S "RE-NOTICE" OF MOTION TO COMPEL**

    Counsel were in attendance when the Court at a March 11, 2010, hearing specially set the hearing on plaintiff's motion to compel for **MARCH 25, 2010, AT 8:00 A.M.** Please do not move any court-ordered dates by re-noticing same. Due to a trial taking place at 8:00 a.m., however, the hearing is **RESET** for **2:00 P.M.**

    The parties are to personally meet-and-confer on March 25 from 11:30 a.m.–2:00 p.m. in the Attorney Lounge on the 18th floor of the federal courthouse. Only those attorneys who participate in the further meet-and-confer may argue at the hearing at 2:00 p.m. Plaintiff's "re-notice" of the hearing to April 1 is **DENIED**.

    **IT IS SO ORDERED.**

Dated: March 24, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE