IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FOAD ALOWDI,

    Plaintiff,

  v.

ABLE BUILDING SERVICES dba ABM,
MANILO GARCIA, ROBERT ESQUADA,
and DOES 1 through 20, inclusive,

    Defendants.
_____/

No. C 09-01258 WHA

**ORDER RE REQUEST TO DISMISS ACTION**

On March 24, 2010, plaintiff filed a request to dismiss the action with prejudice. Defendants have served an answer in this matter (Dkt. No. 9). Pursuant to Rule 41(a)(1), after defendants have served an answer, a plaintiff may not dismiss an action without a court order or stipulation signed by all parties who have appeared. A hearing on plaintiff's motion to compel is set for March 25, 2010, at 8:00 a.m. The hearing will not be vacated on such short notice unless defendants stipulate to dismissal of the action with prejudice.

**IT IS SO ORDERED.**

Dated: March 25, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE